UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| KRISTINA AND CHARLES JENNINGS, | Case No. 3:15-cv-00334-MMD-WGC |
|---|---|
| Plaintiffs, | ORDER |
| v. | |
| BANKUNITED, FSB, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' emergency motion for temporary restraining order and/or preliminary injunction ("Motion"). (Dkt. no. 7.) LR 7-5 provides that an *ex parte* motion "shall contain a statement showing good cause why the matter was submitted to the Court without notice to all parties." To the extent Plaintiffs request that their motion be addressed ex parte without notice to Defendants, Plaintiffs' request is denied for failure to demonstrate good cause. LR 7-5 also requires that emergency motions must contain a certification that "after personal consultation and sincere effort to do so, movant has been unable to resolve the matter without Court action." The Motion does not contain such certification. Moreover, the Motion seeks to enjoin an unlawful detainer action in anticipation that such an action may be filed. The Court does not find that an exigency exists to warrant emergency relief. Plaintiffs' request that the Motion be decided on an emergency basis is denied. The normal briefing schedule shall apply once the Motion has been served on the Defendants.

DATED THIS 25th day of June 2015.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE