UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES AND KRISTINA JENNINGS,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>BANKUNITED, et. al.,<br><br>　　　　　　　　　　　Defendants. | 3:15-cv-00334-MMD-WGC<br><br>**REPORT & RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

　　　　This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge.

　　　　Kristina "Kris" Jennings filed an application to proceed in forma pauperis, which the court granted (Doc. # 4); however, Charles Jennings failed to submit an application to proceed in forma pauperis on his own behalf. In its June 24, 2015 order, the court advised Plaintiffs that the filing fee must be paid unless each plaintiff files his or her own application to proceed in forma pauperis and is subsequently granted leave to proceed in forma pauperis, and directed Charles Jennings to file his own application to proceed in forma pauperis or pay the $350 filing fee and $50 administrative fee within fourteen days. (*Id*.) Charles Jennings was cautioned that his failure to comply with the order may result in dismissal of the action as to him. (*Id*.)

　　　　The fourteen-day deadline has passed and Charles Jennings has neither filed his own application to proceed in forma pauperis nor paid the filing and administrative fees. Therefore, the court recommends that Charles Jennings be dismissed from this action as a plaintiff, without prejudice.

　　　　The parties should be aware of the following:

　　　　1. That they may file, pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule IB 3-2 of the Local Rules of Practice, specific written objections to this Report and Recommendation within fourteen days of receipt. These objections should be titled "Objections to Magistrate Judge's Report and

1  Recommendation" and should be accompanied by points and authorities for consideration by the
2  District Court.
3       2. That this Report and Recommendation is not an appealable order and that any notice of
4  appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed
5  until entry of the District Court's judgment.

DATED: July 17, 2015

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE